IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUTH ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:16-CV-879-WKW |
| ) | [WO] |
| DOTHAN POLICE OFFICER ) | |
| SHANE ASH, in both his ) | |
| individual and official capacities, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

It is ORDERED that Plaintiff's Renewed Motion for Temporary Restraining Order (Doc. # 17) is DENIED for failure to comply with Federal Rule of Civil Procedure 65.  To the extent Plaintiff's arguments pertain to her pending motion for a preliminary injunction, they are REFERRED to the Magistrate Judge.  *See* 28 U.S.C. § 636.

DONE this 20th day of December, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE