IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUTH L. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-CV-879-WKW |
| | ) | [WO] |
| DOTHAN POLICE OFFICER | ) | |
| SHANE ASH, in both his individual | ) | |
| and official capacities, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On August 17, 2017, the Magistrate Judge filed a Recommendation (Doc. # 32) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 32) is ADOPTED;

2. The Motion for Preliminary Injunction (Doc. # 2) is DENIED;

3. Plaintiff's Motion for Sanctions (Doc. # 17) is DENIED.

4. This case is referred back to the Magistrate Judge for further proceedings.

DONE this 5th day of September, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE