IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUTH L. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-CV-879-WKW |
| | ) | [WO] |
| DOTHAN POLICE OFFICER | ) | |
| SHANE ASH, in both his individual | ) | |
| and official capacities, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

It is ORDERED that Exhibits B and C of Plaintiff's Complaint (Docs. # 1-3, 1-4) are stricken because they contain extraneous information. *See Grayson v. Warden, Comm'r, Ala. DOC*, 869 F.3d 1204, 1245, 1246 (11th Cir. 2017).

DONE this 18th day of October, 2017.

                                                          /s/ W. Keith Watkins
                                        CHIEF UNITED STATES DISTRICT JUDGE